United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NELKIN & NELKIN P.C., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03328 |
| | § | |
| TWO RIVERS COFFEE, LLC, *et al.*, | § | |
| Defendants. | § | |

## <u>ORDER</u>

This civil matter arises out of Southern District of Texas bankruptcy adversary proceeding number 23-2005. Before the Court are Defendant Sara Schreiber's Motion for Withdrawal of the Reference (Dkt. 2), Defendants Eugene Schreiber, Steven Schreiber, and Two Rivers Coffee, LLC's Motion to Withdraw the Bankruptcy Reference (Dkt. 3), and Judge Rodriguez's report and recommendation (Dkt. 1) regarding those motions.

The Court **ADOPTS** Judge Rodriguez's report and recommendation (Dkt. 1). Accordingly, the motions to withdraw the reference (Dkts. 2, 3) are **DENIED**. All other pending motions in this matter are **DENIED as MOOT**, and this case is **DISMISSED.**

Signed at Houston, Texas on February 20, 2026.

GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE